# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMMANUEL PAREDES-SANCHEZ,<br><br>Defendant | Case No.: 24-CR-0933-AJB<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment against the Defendant in this case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: August 26, 2024

Hon. Anthony J. Battaglia
United States District Judge